

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2016

No. 04-16-00025-CV

Beatrice **VASQUEZ** & Darryl De La Cruz,
Appellants

v.

**OLD AUSTIN ROAD LAND TRUST**, Joseph Anthony Pizzini Individually and as Trustee of
Old Austin Road Land Trust, & John Price,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20809
Honorable David A. Canales, Judge Presiding

# O R D E R

On August 31, 2016, we abated this appeal based on appellee John Loan Price's petition for bankruptcy filed in the United States Bankruptcy Court for the Western District of Texas under Case No. 16-51752-rbk, on August 1, 2016. *See* TEX. R. APP. 8.1. We suspended the appeal and all time periods under the Texas Rules of Appellate Procedure from the date the bankruptcy petition was filed in the bankruptcy court. *See id.* R. 8.2. We advised the parties the appeal would remain suspended unless and until it is reinstated in accordance with Rule 8.3. *See id.* R. 8.3(a).

On November 8, 2016, appellants Beatrice Vasquez and Darryl De La Cruz filed a motion to reinstate the appeal and attached a copy of the court's order from the United States Bankruptcy Court for the Western District of Texas, San Antonio Division. *See id.* The agreed order states that "the automatic stay is lifted to permit Beatrice Vasquez and Darryl De La Cruz to proceed with litigation pending against John Price and others in the Fourth Court of Appeals in San Antonio, Texas, Cause No. 04-16-00025-CV through entry of judgment or final order" with certain added restrictions depending on the outcome of this appeal.

Therefore, we REINSTATE this appeal on this court's docket. Appellees' brief is due to be filed in this court within THIRTY DAYS of the date of this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2016.

Keith E. Hottle
Clerk of Court